FILED

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0606

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

KEVIN J. PARISIAN,

     Defendant and Appellant

## ORDER

Upon consideration of Appellant's Unopposed Motion for Extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 16, 2021, within which to prepare, file, and serve Appellant's Reply Brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2021